12417.   BRASWELL v. SMITH.

BROYLES, C. J.   1.   "Due care according to age and capacity is all the
law exacts of a child of tender years.   Ordinary care, which is that
of every prudent man, is not the standard for a child."   W. & A. Rail-
road Co. v. Young, 83 Ga. 512 (7) (10 S. E. 197).   In the instant
case the court correctly instructed the jury upon this principle of
law, and, while other portions of the charge contained inaccurate in-
structions on this subject, those instructions do not require a new
trial, as they were more favorable to the movant than to the plain-
tiff; and moreover they were not erroneous for any reason assigned in
the motion for a new trial.

2.   There was some circumstantial evidence which authorized the submis-
sion to the jury of the question as to whether the defendant, at the
time of the injury sued for, was operating his automobile at a speed

greater than 15 miles per hour upon a public street of the city of Macon.

3. The charge upon the subject of punitive damages and the charge as to permanent injuries were authorized by the evidence, and were not erroneous for any reason assigned.

4. There is no merit in any of the other special grounds of the motion for a new trial. The verdict was amply authorized by the evidence; and for no reason assigned was it error to overrule the motion for a new trial. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED OCTOBER 7, 1921. REHEARING DENIED NOVEMBER 16, 1921.

Action for damages; from city court of Macon — Judge Gunn. March 11, 1921.

*John R. Cooper, W. O. Cooper Jr., E. W. Butler,* for plaintiff in error.

*Walter DeFore, James C. Estes,* contra.